IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

MARIAMMA FLOWERS
6011 Springfield Drive, Apt. 202
Greenbelt, Maryland 20770

    Plaintiff

v.

WASHINGTON METROPOLITAN AREA
TRANSPORTATION AUTHORITY
600 5TH Street, NW
Washington, D.C. 20001

    Defendant

Case No. CAL21-00302

**FILED** JAN 0 5 2021
CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MD

## COMPLAINT FOR DAMAGES

The Plaintiff, Mariemma Flowers, by and through undersigned counsel, sues the Defendant, the Washington Metropolitan Area Transportation Authority, to wit.

### PARTIES

1. The Plaintiff, Mariemma Flowers is a private individual who is a resident of Prince George's County, Maryland.

2. The Washington, Metropolitan Area Transportation Authority is a tri-jurisdictional government agency that operates transit services in Washington, D.C. metropolitan area.

### FACTS

3. On January 5, 2018, at approximately 4:15 p.m., the Plaintiff boarded a Metrobus, operated by the Defendant, for the purpose of transportation to her place of employment. The bus was designated as a R-12 bus.

4. Due to the negligence of the Defendant, the bus struck another vehicle causing substantial damage to the bus and the other vehicle involved. The accident occurred in the area of Hyattsville, Maryland.

5. The Plaintiff was seated three rows behind the driver of the bus. There were approximately ten other passengers on the bus.

6. Upon the severe impact caused by the collision, the Plaintiff was thrown violently forward and subsequently fell to the floor. As she was being thrown on the floor, the Plaintiff hit her head on the seat in front of her, then hit the floor with her elbow directly striking the floor.

## COUNT I – NEGLIGENCE.

7. The allegations of paragraphs one through six are incorporated herein as if fully alleged in this count.

8. On January 5, 2018, the Defendant, the operator of a Metrobus on the public roads of the District of Columbia owed a duty of care to other motorists to exercise reasonable care in the operation of her automobile, to obey the rules of the road and to avoid collision on the day of the accident.

10. The negligence of the Defendant and the automobile accident that resulted from the Defendant's negligence, directly and proximately caused serious injuries to the Plaintiff and caused the Plaintiff to incur substantial medical expenses.

11. The negligence of the Defendant and the automobile accident that resulted from the Defendant's negligence, directly and proximately caused the Plaintiff severe and prolonged pain and suffering in the past and present.

## JURY DEMAND

Plaintiff requests trial by jury on all counts.

WHEREFORE, the Plaintiff brings suit against the Defendant and prays for the following relief.

1. An award to the Plaintiff of $50,000.00 in compensatory damages.

2. For such other and further relief as this court deems just and proper.

Respectfully submitted,

*[signature]*

Peter N. Mann, Esquire
1350 Connecticut Avenue, NW
Suite 606
Washington, D.C. 20036
(202) 387-3547 (phone)
1-202-609-9649 (facsimile)
*Counsel for Mariama Flowers*